168 A.3d 64

**POPE, Brent**

v.

**STATE of Maryland**

**Pet. Docket No. 171, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 129, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 64

**PRINCE, James Edward**

v.

**STATE of Maryland**

**Pet. Docket No. 191, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Dismissed by the Court of Special Appeals (No. 1763, Sept. Term, 2016).

Petition for writ of certiorari dismissed